# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00466-CV

### In re Robert Lee Martin

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Robert Lee Martin has filed a petition for writ of mandamus raising complaints related to his request for "grand jury minutes." *See* Tex. R. App. P. 52. Having reviewed relator's filing, we deny the petition for writ of mandamus. *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Filed: August 12, 2014